BEFORE THE SECOND DIVISION, FEBRUARY 21, 1961

No. 65179.—A. E. Lyon Co. *v.* United States, protest 59/29077 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of toilet-box mechanisms similar in all material respects to those the subject of Abstract 60910, the claim of the plaintiff was sustained.